```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                    2:08-cr-81-9

Mitchell E. Wood

<u>ORDER</u>

     There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 403) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 of the indictment, and he is hereby adjudged guilty of that offense. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: December 15, 2008            <u>      s\James L. Graham      </u>
                                          James L. Graham
                                          United States District Judge